# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

MARK D. WEISSMAN, *et al.*,     :
                                       :
     Plaintiffs,     :
                                         :     CASE NO.: 1:17-CV-220(WLS)
v.                                    :
                                       :
MICHAEL CHEOKAS,     :
                                       :
     Defendant.     :
                                       :

## **ORDER**

Pending before the Court is Defendant Michael Cheokas' Motion for Limited Extension of Discovery and Other Applicable Deadlines. (Doc. 52.) Plaintiffs oppose the motion. (Doc. 54.) The Court again notes that actual trial dates will be known when the Parties receive the Notice of Pretrial Conference. (Doc. 35.) In the instant Motion, Cheokas requests an extension of twenty-one (21) days from the Court's order on his Motion. (Doc. 52.) Since the Court's prior extension of discovery, counsel for Cheokas has taken two depositions and defended against another. (*Id.*) The Parties have jointly consented to reschedule two depositions—not at issue—past the Court's current discovery deadline. (*Id.* at 6.) Counsel for Cheokas requests additional time to allow recently retained experts to provide written reports and be available for depositions. (*Id.* at 6.)

The Court previously entered discovery and scheduling orders in this case. (Docs. 35, 37, 39, 48.) For good cause shown, the Court hereby **GRANTS** Defendant Cheokas' Motion for Limited Extension of Discovery and Other Applicable Deadlines (Doc. 52). Discovery is extended approximately twenty-one days[1] from the date of this Order. The Court's prior discovery and scheduling orders (Docs. 35, 37, 39, 48) are amended as follows:

- (2)    Fact discovery must be completed by **Friday, August 28, 2020** unless extended by the Court for good cause shown upon timely written motion by either party.

---
[1] All extended deadlines are scheduled for the next available business day.

1

- (4)    Unless discovery is extended by order of the Court, all dispositive motions must be filed no later than **Monday, September 28, 2020.** In the event that discovery is extended, all dispositive motions must be filed no later than **thirty (30) days** after the close of discovery.
- (6)    If necessary, each party must serve upon other parties disclosures relating to expert witnesses, as required by Rule 26(a)(2)(A)–(B) of the Federal Rules of Civil Procedure, by the following dates: **All expert discovery— Friday, August 28, 2020.**
- (7)    Any motion challenging the qualification(s) of any expert witness to offer opinion testimony, raised under *Daubert* or Rules 104(a), 702, and 703 of the Federal Rules of Evidence, must be filed no later than:
    - (i) **Monday, September 28, 2020,** if the motion is filed by a party in connection with the party's dispositive motion. However, in the event discovery is extended, all such motions must be filed no later than **thirty (30) days** after the close of discovery;
    - (ii) **Monday, October 19, 2020,** if the motion is made by a party in response to a dispositive motion. However, in the event discovery is extended, the motion must be filed no later than **twenty-one days** after the dispositive motion deadline; or
    - (iii) **fourteen days after notice of the pretrial conference is entered,** if the motion relates to a trial witness or issue and if necessary the motion will be heard at the pretrial conference.

All other deadlines shall remain unless otherwise ordered by the Court. The Parties are noticed that no further extensions will be granted except to prevent manifest injustice upon timely written motion for good cause shown upon grounds not reasonably foreseeable or avoidable by the moving Party or Parties.

   **SO ORDERED**, this 7th day of August, 2020.

                                         /s/ W. Louis Sands
                                         **W. LOUIS SANDS, SR. JUDGE**
                                         **UNITED STATES DISTRICT COURT**