## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

MARK D. WEISSMAN, *et al.,*       :
       :
       Plaintiffs,       :
       :       CASE NO.: 1:17-CV-220(WLS)
v.       :
       :
MICHAEL CHEOKAS,       :
       :
       Defendant.       :
       :

## ORDER

On July 7, 2021, the Court held a hearing in the above-styled action. The primary purpose of the hearing was to hear argument on Defendant Michael Cheokas' Motion for Sanctions against Plaintiffs' Counsel. (Doc. 56.) However, the Court also addressed other pending matters in this case. Counsel for the Plaintiffs and counsel for the Defendant were present at the hearing. The Court issues this Order to memorialize the hearing and its instructions on the case's timeline moving forward.

Prior to the hearing, the Parties stipulated to a grouping of exhibits, which were presented and accepted by the Court. These exhibits were used in their respective arguments and shall be taken under advisement as the Court considers the Motion. After hearing from both Parties, the Court instructed that each Party may file a brief in lieu of closing arguments by the **end of the day on Tuesday, July 13, 2021**. The Court shall refrain from ruling on the Motion for Sanctions until the expiration of the ordered period for mediation or other mutually agreeable method of resolving this case that was orally issued by the Court and memorialized in writing below. The Court shall also withhold ruling on discovery as to preserve the status quo of the case and record until after the period allotted for settlement.

The Court issued the following instructions to the Parties regarding the timeline and disposition of this case. The Court instructed the Parties to identify and engage a mutually agreed upon mediator or mutually agreeable similar professional or method **within thirty (30) days of this Order**, or **no later than Monday, August 9, 2021**. The Parties must provide a

status report to the Court regarding whether a mediator or other has been engaged by the same date. The Court further instructed the Parties that they must earnestly and diligently pursue a resolution of this case in good faith **within sixty (60) days of this Order**, or **no later than Monday, September 6, 2021**. The Parties must provide a status report to the Court regarding the status of the case and its resolution by the same date.

The Court does not make its order for the Parties to pursue mediation or other resolution lightly. The Court is keenly aware that parties to litigation are within their rights to pursue such a resolution or to take their causes of actions before a jury. However, this case has been pending before this Court since 2017; in light of the lengthy duration of this litigation, and its two previous sister cases, the Court finds it necessary to now require a path to resolution that might be both efficient and effective. Therefore, if the Parties are unable to reach a resolution in this case by the deadline noted above, the Court will specially set this case for trial on the following schedule. If either Party requires additional discovery on new matters that have risen, such discovery must be completed by **Thursday, October 7, 2021**. All other discovery deadlines that have expired shall **remain expired** unless extended by the Court. Any new dispositive motions must be filed by **Tuesday, November 9, 2021**. Unresolved and contested issues related to discovery or similar matters must be brought before the Court by written motion **within seven (7) days** of their occurrence. Once filed on the record, the opposing party shall have **seven (7) days** to respond in writing on the record. A hearing may be requested or ordered in such instances and will be promptly set by the Court **within seven (7) days of briefing**, if possible. Otherwise, the Parties must confer and file a proposed pre-trial order by **Friday, February 11, 2022**. A pre-trial conference in this case shall occur on **Friday, February 18, 2022**. If necessary, a trial shall be set for this case for **a special set term beginning on Monday, March 7, 2022**.

**SO ORDERED**, this <u>12th</u> day of July, 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**