# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| **MARK D. WEISSMAN,** *et al.*, | : |
| Plaintiffs, | : |
| vs. | : CASE NO. 1:17-CV-00220-WLS |
| **MICHAEL CHEOKAS,** | : |
| Defendant. | : |

## MOTION TO CONTINUE SPECIALLY SET TRIAL DATE

**COMES NOW,** Defendant Michael Cheokas ("Defendant"), and submits this *Motion to Continue Specially Set Trial Date* (the "Motion") concerning the above captioned case brought by Plaintiffs Mark D. Weissman and Weatherly Aviation Company, Inc., a Delaware Corporation (collectively the "Plaintiffs").

On September 3, 2021, the parties filed the joint status report (the "Joint Report", Doc. 92), providing the Court with a status update concerning the August 27, 2021 mediation. Within the Joint Report, the Parties, jointly, informed the Court of the Parties' request to modify the Court's scheduling order (Doc. 84, the "Order") pursuant to one scheduled event – the specially set March 7, 2022 trial date. Out of an abundance of caution, and to perfect the docket for the Court's review, Defendant now files this Motion concerning the same relief identified in the Joint Report (Doc. 92, p. 2).

Defendant moves the Court to continue the March 7, 2022 specially set trial date. Both lead counsel for Defendant Cheokas, Mr. Kennedy, and the Defendant, Mr. Cheokas, serve in the Georgia General Assembly. Although not controlling on the Court, O.C.G.A. § 9-10-150 affords

a member of the General Assembly who is an attorney for a party to a case an automatic continuance and legislative stay of all aspects of the case for the length of the legislative session and an additional three (3) weeks after the adjournment of the regular session. O.C.G.A. § 9-10-150; *Hill v. First Atlantic Bank*, 323 Ga. App. 731, 732-34 (2013). The 2022 regular legislative session is expected to extend at least until the end of March 2022, but it is impossible to predict with precision the exact date of adjournment of the Georgia General Assembly.

Defendant's counsel has spoken with Plaintiffs' counsel, and Plaintiffs' counsel does not oppose the continuance based upon the reasons articulated in the Motion. Accordingly, Defendant, respectfully, moves the Court to continue the specially set trial date from Mach 7, 2022, until sometime after April 25, 2022.

Respectfully submitted this 15th day of September, 2021.

> */s/ James F. Banter*
> JOHN F. KENNEDY,
> Georgia Bar No. 414830
> JAMES F. BANTER
> Georgia Bar No. 581797
> James-Bates-Brannan-Groover-LLP
> 231 Riverside Dr.
> Macon, Georgia 31201
> 478-749-9992
> jkennedy@jamesbatesllp.com
> jbanter@jamesbatesllp.com
> *Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on this date a true and exact copy of the foregoing has been served on all counsel of record by way of filing on CM/ECF

This 15th day of September, 2021.

                                         */s/ James F. Banter*
                                         JOHN F. KENNEDY,
                                         Georgia Bar No. 414830
                                         JAMES F. BANTER
                                         Georgia Bar No. 581797
                                         James-Bates-Brannan-Groover-LLP
                                         231 Riverside Dr.
                                         Macon, Georgia 31201
                                         478-749-9992
                                         jkennedy@jamesbatesllp.com
                                         jbanter@jamesbatesllp.com
                                         *Attorneys for Defendant*