## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| MARK D. WEISSMAN, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | CASE NO. 1:17-CV-00220-WLS |
| | : | |
| MICHAEL CHEOKAS, | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION TO EXTEND LIMITED DEADLINES

**COMES NOW,** Plaintiffs Mark D. Weissman and Weatherly Aviation Company, Inc., a Delaware Corporation (collectively the "Plaintiffs") and Defendant Michael Cheokas ("Defendant"), and jointly submit this *Motion to Extend Limited Deadlines* concerning the deadlines to file dispositive motions and *Daubert* motions.

Pursuant to the Court's Order (Doc. 96), discovery in this matter was extended until November 29, 2021. Since the date of that order (September 30, 2021), the Parties have conducted two additional depositions. Furthermore, the Parties have scheduled the second deposition of Mr. Jim Persinger for November 23, 2021, and are continuing to discuss additional discovery issues, including a potential deposition of Mr. Broom. Accordingly, the Parties have been and intend to continue to be diligent in completing additional discovery in the additional time allotted by the Court, or as soon as possible thereafter by agreement.

Although the Court has extended discovery until November 29, 2021, the Parties would like to confirm, and possibly extend, the deadline to file dispositive motions and *Daubert* motions. It has been this Court's practice to have dispositive motions and *Daubert* motions be

due thirty (30) days after the close of discovery. (Doc. 35, 39, 48, 55). However, the Court did not specifically outline when dispositive or *Daubert* motions would be due in it Order (Doc. 96).

Out of an abundance of caution, the Parties, *jointly,* move the Court to confirm the deadline to file dispositive and *Daubert* motions, and if applicable, move the Court to extend the applicable deadlines.

The Parties have discussed the outstanding discovery requests and other matters. Given that the Parties are completing depositions and thus awaiting transcripts, and given the upcoming holidays, the Parties jointly move the Court to extend any deadline to file dispositive or *Daubert* motions, and complete discovery as mutually agreed by the Parties, until **Monday, January 10, 2022**.

Jointly and respectfully submitted this 8th day of November, 2021.

/s/ *James F. Banter*
JOHN F. KENNEDY,
Georgia Bar No. 414830
JAMES F. BANTER
Georgia Bar No. 581797
James-Bates-Brannan-Groover-LLP
231 Riverside Dr.
Macon, Georgia 31201
478-749-9992
jkennedy@jamesbatesllp.com
jbanter@jamesbatesllp.com
*Attorneys for Defendant*

/s/ *Donald R. Andersen   W.E.P. James F. Banter*
DONALD R. ANDERSEN
Georgia Bar No. 016125
Skinner Law Group, LLC
3340 Peachtree Road
Suite 1800
Atlanta, Georgia
404-291-3429
andersen@skinnerlawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this date a true and exact copy of the foregoing has been served on all counsel of record by way of filing on CM/ECF

This 8th day of November, 2021.

/s/ James F. Banter
JAMES F. BANTER
Georgia Bar No. 581797
James-Bates-Brannan-Groover-LLP
231 Riverside Dr.
Macon, Georgia 31201
478-749-9992
jkennedy@jamesbatesllp.com
jbanter@jamesbatesllp.com
*Attorneys for Defendant*